ALB:BTK
F. #2018R00077

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN - 6 2019 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOSEPH FALCONE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. CR-19 0257

FEUERSTEIN, J.

LOCKE, M. J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOSEPH FALCONE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Central Islip, New York
           June 6, 2019

                                      RICHARD P. DONOGHUE
                                      United States Attorney
                                      Eastern District of New York
                                      610 Federal Plaza
                                      Central Islip, New York 11722

                By:    */s/ Bradley T. King*
                                        Bradley T. King
                                      Assistant United States Attorney
                                      (631) 715-7875

Cc:    Clerk of the Court